UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DAVID WALBY as Personal Representative of the ESTATE OF BENJAMIN WALBY, deceased,

Plaintiff,

vs.

CITY OF HANCOCK,
CITY OF HOUGHTON,
HOUGHTON COUNTY,
SCOTT WUEBBEN,
ALAN JURMU,
NATHAN KINNUNEN,
DYLAN GRENTZ,
PETER DEKRYGER,
BRADEN KNOOP,
SGT. JEREMY HILL,
BROCK POYHONEN,
HALEY BIANUCCI,
JENNIFER HASTREITER, and BLAKE FRANTTI,

Defendants.

Case No.: 2:26-cv-00009-HYJ-MV
Hon. Hala Y. Jarbou
Mag. Judge Maarten Vermaat

---

JAMES J. HARRINGTON, IV (P65351)
GARY N. FELTY, JR. (P55554)
Attorneys for Plaintiff
Fieger, Fieger, Kenney & Harrington, P.C.
19390 West Ten Mile Road
Southfield, MI 48075
(248) 355-5555
Fax: (248) 355-5148
j.harrington@fiegerlaw.com
g.felty@fiegerlaw.com

TYLER R. KITZMILLER (P86684)
MARK E. DONNELLY (P39281)
Assistant Attorneys General
Attorneys for Defs DeKryger & Knoop
State Operations Division
P.O. Box 30754
Lansing, MI 48909
517.335.7573
kitzmillert@michigan.gov
donnellym@michigan.gov

---

Gregory R. Grant (P68808)
Attorney for Defendants Frantti, Grentz, County of Houghton, Kinnunen, & Poyhonen
Cummings McClorey Davis & Acho PLC
125 Park Street, Ste. 300
Traverse City, MI 49684
231.922.1888
ggrant@cmda-law.com

AUDREY J. FORBUSH (P41744)
REGAN GLENN (P88000)
MICHAEL HANCHETT (P80974)
Plunkett Cooney
Attorney for Defendants Bianucci and Hastreiter
Plaza One Financial Center
111 E. Court Street – Suite 1B
Flint, MI 48502
(810) 342-7014/(810) 232-3159-FAX
aforbush@plunkettcooney.com

G. Gus Morris (P32960)
John Gemellaro (P74141)
Attorneys for Defendants Wuebben, Jurmu, Hill, City of Houghton, and City of Hancock
McGraw Morris Masud
2075 W. Big Beaver Road, Ste. 750
Troy, MI 48084
248.502.4000
gmorris@mcgrawmorris.com
jgemellaro@mcgrawmorris.com

**DEFENDANTS BIANUCCI AND HASTREITERS' LAY AND EXPERT WITNESS LIST AND EXHIBIT LIST**

NOW COMES Defendants, HALEY BIANUCCI and JENNIFER HASTREITER, by and through their attorneys, PLUNKETT COONEY, and for their Lay and Expert Witness List, hereby states as follows:

1. David Walby

2. Friends and family members of Benjamin Walby:

   a. Patricia Walby, decedent's mother

b. Mildred Walby, decedent's grandmother

c. Zachary Walby, decedent's brother

d. Kelby Walby, decedent's brother,

e. Madison Walby, decedent's sister

f. Adrienne Walby, decedent's sister

g. Wendy Dantzer, decedent's aunt

h. Sharol Dantzer, decedent's aunt

i. Mark Dantzer, decedent's uncle

j. Sandy Dantzer, decedent's aunt

k. Joan Bischoff, decedent's aunt

l. Joyce Stuck, decedent's aunt

m. Grace Mulvihill, decedent's aunt

n. Janet Sullivan, decedent's aunt

o. Morgan Dantzer, decedent's cousin

p. Alex Kennedy, decedent's friend

q. Amelia Meiser, decedent's friend

3. Scott Wuebben

4. Alan Jurmu

5. Sergeant Jeremy Hill

6. Nathan Kinnunen

7. Dylan Grentz
8. Brock Poyhonen
9. Blake Frantti
10. Peter Dekryger
11. Braden Knoop
12. Haley Bianucci
13. Jennifer Hastreiter
14. Cadet Kailey Butkovich
15. Mercy EMS
    a. Elizabeth Huffmaster
    b. Joe Coron
16. Alyssa Rose Wiedeman
17. Nathan Jay Palmer
18. Lyle Ethan Jones
19. John Wuebben
20. Dr. Emily S. Johnson
21. Dr. Tara A. Robinette
22. Paul Lyle, MD
23. W. Wade Liston, DO
24. Johnathan Allred, MD

25. Kimberly Bonetti, FNP

26. Amanda R. Benson, MD

27. Toni Pellonpaa, NP

28. Wihib Gebregeorgis, MD

29. Joel Poliskey, MD

30. Katherine A. Petrin, MD

31. Mohammad Albaeer, MD

32. Victor Lam, MD

33. Paul LaHaye, MD

34. Mathew Karulf, MD

35. Cassidy Thomas, PA

36. Owen Culpepper, MD

37. Todd Klausner, MD

38. Danny Eisenberg MD

39. Decedent's primary physician

40. Captain Jason Nemecek

41. Michigan State Police F/Lt. Jason Wickstrom

42. Michigan State Police Inspector Randal Danison

43. Michigan State Police Sgt. Jason Therrian

44. Michigan State Police Spl. Lieu R. Sekely

45. Agents, employees, and records custodians of Michigan State Police Professional Standards Section

46. MSP Investigator Lt. Ryan Maki

47. MSP Investigator D/Sgt. Aaron Tubergen

48. MSP Investigator D/Sgt. Alex Harless

49. Chief of the Hancock Police Department Tami Sleeman

a. Lt. David Outinen

b. Sgt. Darick Coponen

50. Chief of the Houghton Police Department John Donnelly

a. Lt. Nick Roberts

b. Sgt. Jason Tormala

51. Sheriff of the Houghton County Sheriff's Department Joshua B. Saaranen

a. Undersheriff Jon Giachino

52. Dr. Roshan Mahabir and agents, employees of the Michigan Institute of Forensic Science and Medicine

53. Agents and employees of Negaunee Regional Communication Center

54. Mercy EMS employees Janet Rozich and Jonathan Primeau

55. Agents, employees, records custodian and/or any and all agents, doctors, treating professionals and/or representatives of UP-Health System-Portage Health Emergency Department 500

56. Andrea Rumler, LLPC and Pamela Jordan, Ph. D., LPC of Counseling Center of West Michigan

57. Records custodian and/or any and all agents, and/or representatives of Steuernol & McLaren Funeral Homes, Inc

58. Any and all agents, employees, doctors, physicians, nurses, therapists, physician assistants, other medical providers, and custodian of the records of any facility that treated the decedent may provide evidence of his treatment, his prognosis, the cause of his condition, and the cost of his treatment, including but not limited to the following:

a. Portage Health
b. UP Health System
c. Counseling Center of West Michigan.

59. Agents, employees, and custodians of the records of the following may provide evidence, including but not limited to authentication of records, chain of custody, their knowledge of interaction with the decedent and the content of records:

a. Hancock Police Department

b. Houghton Police Department

c. Houghton County Sheriff's Department

d. Michigan State Police

e. Michigan Technological University

f. Michigan Tech Public Safety

g. Blue Cross Blue Shield

h. Any employers of the decedent

i. IRS

j. Michigan Department of Treasury

k. Any educational institutions attended by the decedent

l. Axon

m. Taser International

n. Mercy EMS

o. Steurnol & McLaren Funeral Home

p. Michigan Institute of Forensic Science & Technology

60. Joshua Monte, Police Procedure Expert

61. Dr. L. Dragovic, Forensic Pathology Expert

62. Dr. Brian Hunter, Forensic Pathology Expert

63. Dr. Allecia Wilson, Forensic Pathology Expert

64. Hernan Gomez MD, Toxicology Expert

65. Dr. Craig Lemmen, Psychiatry Expert

66. Dr. Michael Miletic, Psychiatry Expert

67. Dr. Jennifer Pender, Psychology and Neuropsychology Expert

68. Dr. Jeffrey Ho, Emergency Medicine/Positional Asphyxiation Expert

69. Dr. Mark Kroll, Taser Expert

70. Scott Vander Linde, Economist

71. Joe Lothschutz, Economist

72. Paul Sicilian, Economist

73. Jim Jones, Drug Recognition Expert

74. Dr. Richard Jackson, Psychology Expert

75. Michael Albin, Videographer Expert

76. Any experts identified by any other Defendant

77. Any and all witnesses identified by another Party

78. Any and all witnesses identified in the course of discovery

79. Defendants reserve the right to amend this list of witnesses as they become known.

**EXHIBIT LIST**

1. Records from Michigan Technological University including, but not limited to academic, counseling, medical, criminal, and public safety records relating to decedent.

2. Records from the Michigan Technological University Public Safety Department, including reports, investigations, citations, training records and other such records identified in the course of discovery.

3. Medical records from:
   a. Counseling Center of Michigan
   b. Mercy EMS
   c. Marquette Hospital
   d. Portage Health

2. Death Certificate

3. Records from Michigan Institute of Forensic Science & Medicine
   a. Autopsy Report
   b. Cardiac Laboratory Report
   c. Toxicology Report
   d. Autopsy Photos

4. Funeral and Burial records for decedent

5. Records related to the subject incident from:

a. City of Houghton

b. Michigan State Police

c. Houghton County

d. City of Hancock

6. Any and all records, pleadings, and other papers filed in connection with this lawsuit.

7. Any records produced by Plaintiff in the course of discovery.

8. Any records produced by any other Defendants in the course of discovery.

9. Any and all records pertaining to Plaintiff's claims.

10. Any and all pleadings and other papers including attachments thereto.

11. Deposition transcripts and exhibits.

12. Curriculum Vitae of all experts.

13. Any and all documents or physical evidence necessary for rebuttal purposes.

14. Any and all documents marked or referenced during the course of discovery.

15. Any and all educational records of Plaintiff.

16. Any and all records from any employers pertaining to Plaintiff.

17. Records from Plaintiff's current and former treating physicians/providers.

18. Any and all videos (including dash cam and body worn camera) photographs, social media in any way pertaining to or depicting the subject incident.

19. Any and all exhibits listed by any other party and/or identified in Initial Disclosures or supplements of same.

19. Defendants reserve the right to amend this Exhibit List as discovery proceeds.

Respectfully submitted,

*/s/ Audrey J. Forbush*

Audrey J. Forbush (P41744)
PLUNKETT COONEY
Attorney for Defendants Bianucci and Hastreiter
111 E Court Street, Suite 1B
Flint, MI 48502
(810) 342-7014
aforbush@plunkettcooney.com

Dated: September 11, 2026

**PROOF OF SERVICE**

The undersigned certifies that on September 11, 2026, a copy of the foregoing document was served upon the attorney(s) of record in this matter at their stated business address as disclosed by the records herein via:

| | | | |
|---|---|---|---|
| ☐ | Hand delivery | ☐ | Overnight mail |
| ☐ | U.S. Mail | ☐ | Facsimile |
| ☐ | Email | ☒ | Electronic e-file |

I declare under the penalty of perjury that the foregoing statement is true to the best of my information, knowledge and belief.

*/s/Arnela Ahmetovic*
Arnela Ahmetovic



63131240.1